1  Lupe C. Rodriguez, Jr., Esq. (SBN 175449)
   GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP
2  3555 Fifth Avenue
   San Diego, CA 92103
3  Phone: (619) 692-0800
   Fax:   (619) 692-0822
4

5  Attorneys for Defendant
   Patricia Marie Chaidez
6

7

8                   UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                     (HON. JEFFREY T. MILLER)
11

12 UNITED STATES OF AMERICA,    )   CRIMINAL CASE NO. 07CR3278-JM
                                )
13            Plaintiff,         )   **NOTICE OF MOTION AND MOTION TO:**
                                )
14 v.                            )   1) **REQUEST DISCOVERY AND**
                                )      **DISCLOSURE;**
15 PATRICIA MARIE CHAIDEZ,      )
                                )   2) **FOR LEAVE TO FILE FURTHER**
16            Defendant.         )      **MOTIONS**
                                )
17                              )   Date: January 4, 2008
                                )   Time: 11:00 a.m.
18                              )
                                )
19 _____)

20       TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY AND JOHN F. WEISS
21 ASSISTANT UNITED STATES ATTORNEY:

22       **PLEASE TAKE NOTICE** that on January 4, 2008, at 11:00 a.m., or as soon thereafter as

23 counsel may be heard, the accused, (hereinafter referred to as Defendant), by and through his attorneys,

24 Lupe C. Rodriguez, Jr., of GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP, will ask this

25 Court to enter an order granting the motions listed below.

         1.    Defendant's Motion for Requested Discovery and Disclosure.
26
         2.    Motion for Leave to File Further Motions.
27

28
                                          1

1  DATED: December 21, 2007          GRACE HOLLIS LOWE
2                                    HANSON & SCHAEFFER LLP

3                          By:   /s/ Lupe C. Rodriguez, Jr.
                                 Lupe C. Rodriguez, Jr.
4                                Attorney for Defendant
                                 Patricia Marie Chaidez
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION TO: 1) REQUEST DISCOVERY AND DISCLOSURE; and 2) FOR
LEAVE TO FILE FURTHER MOTIONS
CASE NO.: 07CR3278-JM