| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE** (Abbreviated) <br> United States of America vs. Patricia Marie Chaidez | |
| **ATTORNEY(S) NAME AND ADDRESS**   **TELEPHONE** <br> Lupe C. Rodriguez, Jr., Esq.        (619) 692-0800 <br> GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP <br> 3555 Fifth Avenue <br> San Diego, CA 92103 | |
| **ATTORNEY(S) FOR:** <br> PATRICIA MARIE CHAIDEZ | **CASE NUMBER** <br> 07CR3278-JM |

## DECLARATION OF ELECTRONIC SERVICE

I, Dora Diaz, the undersigned, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of Riverside, California, within which county the subject service occurred. My business address is 43426 Business Park Drive, Temecula, CA 92590. I caused to be served the following documents via electronic service:

1. Notice of Motion and Motion to: (1) Request Discovery and Disclosure; (2) For Leave to file Further Motions
2. Memorandum of Points and Authorities in Support of Motion to (1) Request Discovery and Disclosure; and (2) For Leave to File Further Motions

of which the document was sent to each addressee via electronic service respectively as follows:

Christopher Ott- christopher.ott@usdoj.gov   (US Attorney)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **December 21, 2007**, at Temecula, California.

_____
Dora Diaz