1  Lupe C. Rodriguez, Jr., Esq. (SBN 175449)
   GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP
2  3555 Fifth Avenue
   San Diego, CA 92103
3  Phone: (619) 692-0800
   Fax:    (619) 692-0822
4

5  Attorneys for Defendant,
   PATRICIA MARIE CHAIDEZ
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                     (HON. JEFFREY T. MILLER)
11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-CR-3278-JM |
| Plaintiff, | ) | **NOTICE OF MOTION AND MOTION TO:** |
| v. | ) | **1)  DISMISS THE INDICTMENT FOR OUTRAGEOUS GOVERNMENT MISCONDUCT;** |
| PATRICIA MARIE CHAIDEZ, | ) | **2)  SUPPRESS EVIDENCE AND STATEMENTS DUE TO AN ILLEGAL SEARCH WARRANT;** |
| Defendant. | ) | **3)  LEAVE TO FILE FURTHER MOTIONS** |
| | ) | Date:  March 28, 2008 |
| | ) | Time:  11:00 a.m. |

        TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY AND ANDREW G. SCHOPLER
               ASSISTANT UNITED STATES ATTORNEY:

        **PLEASE TAKE NOTICE** that on March 28, 2008, at 11:00 a.m., or as soon thereafter as

counsel may be heard, PATRICIA MARIE CHAIDEZ (hereinafter referred to as "Defendant" or "Ms.

Chaidez"), by and through her attorneys, Lupe C. Rodriguez, Jr., of GRACE HOLLIS LOWE HANSON

& SCHAEFFER LLP, will ask this Court to enter an order granting the motions listed below.

                                    **MOTIONS**

        PATRICIA MARIE CHAIDEZ, the accused in this case, by and through her attorneys, Lupe C.

Rodriguez, Jr., GRACE HOLLIS LOWE HANSON & SCHAEFFER, LLP, pursuant to the Fourth, Fifth

and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local rules, hereby moves this court for an order:

       1) Dismiss the indictment for outrageous government misconduct;

       2) Suppress evidence and statements due to an illegal search warrant;

       3) Leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: March 13, 2008

      /s/ Lupe C. Rodriguez, Jr.
      Lupe C. Rodriguez, Jr., Esq.
      Attorney for Defendant,
      PATRICIA MARIE CHAIDEZ