| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE** (Abbreviated)<br>United States of America vs. Patricia Marie Chaidez | |
| **ATTORNEY(S) NAME AND ADDRESS**          **TELEPHONE**<br>Lupe C. Rodriguez, Jr., Esq.                    (619) 692-0800<br>GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP<br>3555 Fifth Avenue<br>San Diego, CA 92103 | |
| **ATTORNEY(S) FOR:**<br>PATRICIA MARIE CHAIDEZ | **CASE NUMBER**<br>07CR3278-JM |

## DECLARATION OF ELECTRONIC SERVICE

I, Dora Diaz, the undersigned, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of Riverside, California, within which county the subject service occurred. My business address is 43426 Business Park Drive, Temecula, CA 92590. I caused to be served the following documents via electronic service:

1. Notice of Motion and Motion to: (1)Dismiss the Indictment for Outrageous Government Misconduct; (2) Suppress Evidence and Statements Due to An Illegal Search Warrant; (3) Leave to File Further Motions

2. Statement of Facts and Memorandum of Points and Authorities in Support of Defendant's Motion

of which the document was sent to each addressee via electronic service respectively as follows:

Andrew G. Schopler- andrew.schopler@usdoj.gov   (AUS Attorney)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 13, 2008,** at Temecula, California.

_____
Dora Diaz