# GOVERNMENT EXHIBIT MH-1

## Complaint

Case 3:07-cr-03278-JM     Document 20-2     Filed 03/26/2008     Page 1 of 4



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Patricia Marie CHAIDEZ (1),<br><br>Yolanda Rojas NEWLAND (2),<br><br>Defendants. | Magistrate Case No.:<br><br>'07 MJ 8935<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about November 18, 2007, within the Southern District of California, defendant Patricia Marie CHAIDEZ and Yolanda Rojas NEWLAND did knowingly and intentionally import approximately 48.10 kilograms (105.82 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Luis A. Saenz, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF NOVEMBER 2007.

PETER C. LEWIS

Peter C. Lewis
U.S. MAGISTRATE JUDGE

003

Summary of Defendant's Post-Arrest Statement
United States v. Patricia Marie CHAIDEZ & Yolanda Rojas NEWLAND

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Luis A. Saenz.

On November 18, 2007, at approximately 2129 hours, Patricia Marie CHAIDEZ attempted to enter the United States from the Republic of Mexico at the Calexico, CA West Port of Entry. CHAIDEZ was the driver of a 1998 Lincoln Navigator and was accompanied by Yolanda Rojas NEWLAND.

Customs and Border Protection Officers (CBPO) were conducting pre-primary operations with canine units as CHAIDEZ approached the vehicle primary inspection area. CBP Canine Enforcement Officer (CEO) J. Jones noticed his canine unit alerted to the gas tank of the vehicle driven by CHAIDEZ. CEO Jones informed other CBP officers of the alert.

In the pre-primary inspection area, CEO Barroso obtained identification from CHAIDEZ and NEWLAND, and then conducted an inspection of the vehicle. CEO Barroso noticed the tank sounded solid and appeared to have been tampered. CEO Barroso informed primary inspector CBPO A. Payton of his suspicions and requested CBPO Payton refer CHAIDEZ, NEWLAND, and the vehicle they occupied to the CBP Vehicle Secondary Area after his inspection.

CBPO Payton obtained a negative Customs declaration from CHAIDEZ and NEWLAND. CBPO Payton noticed CHAIDEZ seemed to become nervous and fidget her hands during the primary inspection. CBPO Payton then referred CHAIDEZ, NEWLAND, and the vehicle to the CBP Vehicle Secondary Area for further inspection.

In the Vehicle Secondary Area, CBPO J. Becerra obtained a negative customs declaration from CHAIDEZ. CBPO Becerra asked CHAIDEZ about ownership of the vehicle she was driving and their destination. CHAIDEZ stated she purchased the vehicle three months ago and they were going El Centro, California. CEO Jones and CBPO Becerra conducted a secondary inspection of the vehicle driven by CHAIDEZ. CEO Jones discovered an access panel leading to the vehicle's gas tank beneath the carpet under the seat behind the driver. Discovered within the gas tank of the vehicle driven by CHAIDEZ were forty-four (44) packages, with a combined weight of 48.10 kilograms (105.82 pounds) of cocaine. CBPO Becerra probed a package and it produced a white powdery substance that field-tested positive for cocaine. CHAIDEZ and NEWLAND were subsequently arrested for importation of cocaine into the United States.

NEWLAND was advised of her rights pursuant Miranda, which she acknowledged and waived, agreeing to answer questions without the presence of an attorney. NEWLAND stated she and CHAIDEZ departed CHAIDEZ' residence in El Centro, California in a 2000 Acura owned by CHAIDEZ with the intention of ultimately going to Mexicali, Baja California, Mexico. NEWLAND stated she and CHAIDEZ parked the Acura in

Calexico, California and entered into Mexico afoot. NEWLAND stated, the reason for entering into Mexico afoot was so CHAIDEZ and NEWLAND could retrieve the Lincoln Navigator and drive it into the United States. Upon entering into the United States, NEWLAND stated she was to drive the Acura to El Centro, California as CHAIDEZ continued to drive the Navigator.

The registration for the Lincoln Navigator bearing California license plate CAUS / 5WCR052 reflects Patricia Marie CHAIDEZ is the registered owner.

AGENT'S NOTE: There are two video statements from NEWLAND because she began to complain about being diabetic and feeling the symptoms of an elevated glucose count at 0200 hours. She had her glucose meter in her belongings and was permitted to use it to test her glucose level. She claimed she had a glucose count of 363, which is very elevated. S/A Saenz asked NEWLAND if she wished to have emergency medical personnel review her medical condition. NEWLAND declined, and stated she was feeling confused and tired. At 0213 hours, S/A Saenz requested CBP personnel contact emergency medical personnel to review NEWLAND.

At 0220 hours, medical personnel arrived and tested NEWLAND's glucose level (which was 253). NEWLAND was medically cleared. Emergency medical personnel explained NEWLAND experienced an anxiety attack and her glucose level was near her "normal" standard according to her glucose meter.

SA Saenz subsequently advised CHAIDEZ of her rights pursuant Miranda. CHAIDEZ elected to invoke those rights and stated she wished to speak to an attorney. No questions other than biographical were asked. One of the identification documents belonging to CHAIDEZ did display an address in Downey, CA.

Found amongst the personal affects of the two ladies was a parking receipt for "AA Parking" in Calexico, CA. The receipt was dated November 18, 2007. SA Saenz and SA Herzog went to "AA Parking" and did discover a 2000 Acura MDX, gold colored, bearing California license plate CAUS/5YNS295. Database queries revealed Patricia Marie CHAIDEZ was the registered owner of the vehicle.

INVESTIGATION CONTINUES

Dated: 11/19/2007

Luis A. Saenz
Special Agent
Immigration and Customs Enforcement

005