Lupe C. Rodriguez, Jr., Esq. (SBN 175449)
GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP
3555 Fifth Avenue
San Diego, CA 92103
Phone: (619) 692-0800
Fax:    (619) 692-0822

Attorneys for Defendant
PATRICIA MARIE CHAIDEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-CR-3278-JM |
|---|---|---|
| Plaintiff, | ) | **EXHIBIT "A" TO SUPPLEMENTAL BRIEF RE MOTION TO SUPPRESS EVIDENCE** |
| v. | ) | |
| PATRICIA MARIE CHAIDEZ, | ) | |
| Defendant. | ) | |

///

///

///

///

///

///

//

////

1

**EXHIBIT "A" TO SUPPLEMENTAL BRIEF RE MOTION TO SUPPRESS EVIDENCE**

U.S./CHAIDEZ
MATTER NO. 16851

1

# INTERVIEW WITH YOLANDA ROJAS NEWLAND, NOVEMBER 11, 2007 AT 1:13 A.M.

The time is approximately 01:13 a.m.; the date is November 11, 2007. This is Special Agent Sainz, I'm working with Special Agent Herzog. This is the case of Patricia Marie Chaidez and Yolanda Rojas Newland, defendants in the vehicle, passenger and defendants in the vehicle founding to contain 48.1 and 0.2 kilos of Cocaine. Right now we are going to get Mrs. Newland, offer to use the restroom and a drink of water, and then we'll be in to initiate our interview.

SAS: Have a seat right there.
YN: Which one is your personal…that one?
SAS: Right here. I take it these would be your glasses? Let me start off by introducing myself. I'm Special Agent Sainz with Immigration and Customs Enforcement. This is my partner Special Agent Herzog. What we're doing right now is we're conducting what is an aid to the investigation. We're gathering all of the facts to what is in the case to be presented. Now, one of the things we are going to be doing we'll be taking statements from the officers who are outside. We haven't taken statements from you and from Ms. Chaidez. What I need to do at this point is I have to get some biographical information on you.
YN: Biographical?
SAS: Essentially your name, your date of birth, etc.
SAH: This is your phone, right?
YN: The one that is blue is mine.
SAH: This one?
YN: Right. Yes.
SAH: I'm going to turn it off because the battery is low.
YN: You know what, I don't get service here.
SAH: I'm just going to turn it off.
SAS: Are you more comfortable with English or Spanish?
YN: English, I don't speak Spanish.
SAS: Okay. Do you use alcohol? (Inaudible)
YN: A couple of times a week or something like that. Is that what you want to know?
SAS: Sure.
YN: Sometimes. I shouldn't drink at all because I'm diabetic.
SAS: Right. How much would you say?
YN: Oh, I…
SAS: Two or three beers?
YN: The only thing I drink sometimes is a little Smirnoff Ice with a squeeze of lime in it.. I stay away from more than one or two cause then I fall asleep. I like Smirnoff Ice.
SAS: Is that a mixed drink?
YN: No, it's not a mixed drink.
SAH: Is it like a malt liquor?
YN: Yeah.
SAS: What, maybe, two bottles once a week or twice a week?

YN: Yeah. I mean I don't say I don't drink (Inaudible).
SAS: Do you use any drugs, any narcotics, any non-prescription medications?
YN: (Inaudible).
SAS: Do you know your approximate weight right now?
YN: 186.
SAS: Okay. And your correct name?
YN: Yolanda Rojas Newland.
SAS: Okay. Have you ever used any other names?
YN: Yolanda Louise Rojas was my maiden name.
SAS: Okay. Your current date of birth?
YN: It's 11/28/55.
SAS: Have you ever used any other dates of birth?
YN: No.
SAS: Okay. And your social security number?
YN: 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.
SAS: Your current address?
YN: 13651 Aclare Lane in Cerritos, California and the zip code is 90701.
SAS: And how long have you lived there?
YN: Um, I take care of a man that lives there, an elderly man. I've been there for I'd say a couple of years.
SAS: How long have you lived…have you ever lived in (Inaudible) County?
YN: No.
SAS: How long have you lived in the state of California?
YN: All my life.
SAS: And that is?
YN: Fifty two years. Fifty two years next week; fifty one years today.
SAS: Okay. And you were born where ma'am?
YN: In Long Beach, California.
SAS: Do you have any tatoos, any scars, or any identifying marks that you know of?
YN: No. Well I have some tatoos, but I just got them at the 99 cent store. They come right off. I can peel them right off.
SAS: Oh, okay. Anything permanent?
YN: No, uh-uh.
SAS: Any moles, anything like that?
YN: I have a birthmark on my back.
SAS: Where on your back?
YN: Right here. It looks like a bruise. It's called a Mongollian (Inaudible).
SAS: Oh, okay, I see it. A Mongollian birthmark?
YN: Yeah.
SAS: Okay, there it is, yeah. Okay, and your current occupation?
YN: Stay at home health care. I take care of this gentleman.
SAS: Stay at home health care?
YN: I take care of this elderly gentleman.
SAS: At that same address?
YN: Yeah, that's his house.
SAS: Do you have a telephone number?

YN: Um, at that house?
SAS: Your number.
YN: Oh, I have a phone but it's not there. Maybe it's in my purse. It's 276....
SAS: Area code?
YN: 562-276-6203.
SAS: 562-276-6203?
YN: Uh huh. And my home phone number at the house I live in is area code 562-926-2039.
SAS: Okay. Your father's name?
YN: He's dead.
SAS: Okay.
YN: Want his name anyway?
SAS: Yes.
YN: Okay. Ricardo. R-I-C-A-R-D-O Ramon Rojas.
SAS: And your mother's name?
YN: It's Estella....E-S-T-E-L-L-A Mary Rojas.
SAS: Is she still living?
YN: Yeah.
SAS: And her age?
YN: Her age is, um, she was born in October of 1928. That makes her um,...
SAS: Seventy-nine?
YN: Yeah.
SAS: Are you married right now?
YN: No.
SAS: Okay. Do you live with anyone or are you just...
YN: Right.
SAS: I'm sorry?
YN: His name is Hanson. He's my boyfriend.
SAS: And how old is he?
YN: He's fifty.....he was born in April of '57, so he's 51 or 50 even.
SAS: 50. And what's his address?
YN: Same as mine. It's a great big house in Cerritos; there's sort of an upstairs...it's like separate from the rest of the gentleman's home. We live up top.
SAS: Okay, and have you got any children?
YN: Yeah, I have two children.
SAS: Okay. Can you start by naming the oldest one?
YN: It's Megan Rose.
SAS: M-E-A...er?
YN: M-E-G-A-N.
SAS: Megan Rose?
YN: Newland. She was born August 18th of '87.
SAS: That makes her 20. And where does she live?
YN: She lives in Yucaipa. Actually, her name's not Newland anymore; it's Brown. Maybe she changed it, she was probably going to be changing it. She's married, so she probably changed it.
SAS: (Inaudible)

4

YN: She was married in September.
SAS: Okay. And your other child?
YN: Her name is Alisa Marie.
SAS: A-L-Y?
YN: A-L-I-S-A Alisa Marie Newland. And, uh, she lives with her dad…well, actually she's at Cal State in San Bernardino; at Cal State San Bernardino.
SAS: Okay. How old is she?
YN: She's 19. She was born February 14, 1989.
SAS: That makes her 18.
YN: 18.
SAS: Okay. And if you had been in an emergency or an illness or something, who would be our next point of contact for you?
YN: Um…I think it would be Hanson, but he's kind of hard to get a hold of.
SAS: Okay. Do you have a number for him?
YN: Yeah, it's um, area code 562-215-7900. But, like I said he's kind of hard to get a hold of. Like if I died or something…you want some…?
SAS: No. If you're sugar spiked and you had to go to the hospital, who would they call to inform them?
YN: Well, I have a brother. I have a brother. His name is Larry Rojas. He's for sure; you could get a hold of him. He lives in Norwalk. Do you want his phone number?
SAS: Yes.
YN: It's area code 562-404-2581; that's his house number. And he also has a cell phone number and it's area code 562-480-1071. I should've just told you him in the first place. I'm just not really thinking very straight right now.
SAS: Okay. Now, we'll give you the lowdown on what's happening.
YN: Yeah.
SAS: What's happening is you're being arrested.
YN: Yeah, they told me.
SAS: You're being arrested for the importation of a controlled substance into the United States.
YN: I didn't…. I don't know where it's at. Where was it?
SAS: Well, where it was found was in the gas tank.
YN: Of the car?
SAS: Of the car. Now, what I'm hoping to do is to be able to ask you the questions which lead up to what exactly happened. I'd like to say that I'm not here to hear you make up stories or anything. I'm just here to hear the truth. Before I can ask any questions, what I need to do is I need to advise you of your rights. Okay? You go ahead and pull the chair forward a little bit. What I'm going to do is I'm going to read these out loud.
YN: All right.
SAS: At the end of each sentence I'm going to ask you if you understand. I'm going to ask you to answer in a loud enough voice whether yes, you do, or no, you don't, understand. If you do understand, I'm going to ask you to put your initials in front of each line to signify that you understood it. If you don't, by all means, say you don't understand it and I'll explain it to the best of my ability. Okay?

YN:   Right.
SAS:  Okay, I'm going to start out with the first line. It says, before we ask any questions, it's my duty to advise you of your rights. Do you understand that?
YN:   Yes.
SAS:  Would you please put your initials down? Okay. You have the right to remain silent. Do you understand that?
YN:   Yes, I do.
SAS:  Anything you say can be used against you in Court or other proceedings. Do you understand that?
YN:   Yes, I do.
SAS:  You have the right to consult an attorney before making any statement or answering any questions. Do you understand that?
YN:   Yes, I do.
SAS:  You have the right to have an attorney present with you during questioning. Do you understand that?
YN:   Yes.
SAS:  If you cannot afford an attorney, one will be appointed for you before questioning if you wish. Do you understand that?
YN:   Yes.
SAS:  If you decide to answer questions now, you still have the right to stop the question at any time or to stop the questioning for the purpose of consulting an attorney. Do you understand that?
YN:   Yes, I do.
SAS:  Now, the question I have for you, are you willing to answer our questions at this point?
YN:   Yes, of course.
SAS:  Okay. Then what I'm going to need for you to do also is to read this out loud.
YN:   I have had the above statements and my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily without any threat or intimidation or without any promise of immunity. I have been taken into custody on November 18, 2007 and I have signed a document advising me at…what time is it now?
SAS:  The time is now 1:35 a.m. Okay. What is the highest level of education that you have?
YN:   A couple of years of college. So, it's like a bunch of drugs in the car? Or is it possession of…?
SAS:  It's not a possession clause. I'll give you all this. I'll give you all this. Let me ask; are you under the influence of any narcotics, any drugs or any alcohol at this time?
YN:   No. I was thinking if I had them with me today, but it wasn't today. Is Patricia still here too?
SAS:  Yes. She came in.
YN:   I'd really like to talk to her.
SAS:  I told you some of what was going on.
YN:   Okay.

SAS: I've got some questions in regards to what you guys did today being November the 18th, Sunday, before actually arriving at the Port of Entry. You said you live in Cerritos, correct?

YN: Uh, huh.

SAS: When did you leave your residence in Cerritos to come down towards this area?

YN: I took the bus.

SAS: You took the bus? When did you take the bus?

YN: Today's Sunday? I had my boyfriend before he left to get me a ticket on the bus on Friday.

SAS: Friday? And just was hanging out? Just hanging out for a couple of days?

YN: She's been busy during the day.

SAS: And you took the bus to where?

YN: El Centro.

SAS: El Centro, California?

YN: Yeah.

SAS: And you've been hanging out where?

YN: At her house in El Centro.

SAS: Her being? Patricia's …?

YN: (Inaudible). She is in the process of moving in over there, you know, she's been there for like, I don't know, a couple of months maybe. I just came up to hang out for a little while. She lived in Downey. She has a house in Downey. She's relocating to El Centro.

SAH: (Inaudible) since last night?

YN: So, I got in a fight with him and decided to go somewhere to hang out. (Inaudible). She's been busy all day today.

SAS: What does she do for work?

YN: She's got something to do with property management, I think. I'm not really sure what she works for. I just had a couple of days off and came over to hang out. I didn't wake up until. Actually, I slept until about 2:00 or 2:30 this afternoon. She was gone most of the time in the morning. I think she went, she said she went to get a massage and to run some errands, I guess. And she didn't get back until around 2:30 or 3:00 and then she left again. And then, she got back around…it was before dark.

SAS: Okay.

YN: And then she said, "Let's go shopping." (Inaudible) down by the border. So, we went shopping for a little while and then she said should we go over and have a (Inaudible) at this little shop that she knows about. (Inaudible) Alice Huerta. And then there was a big line to get back home from the border, so we got in and then they said the dogs was curious or something, so we went out and I've been sitting in that room ever since.

SAS: I guess about 9:30 when you guys got to the border here. You said you went shopping. Where did you go shopping? Did you go shopping down at the U.S. side of the border or on the other side?

YN: The U.S. side of the border.

SAS: Calexico?

YN: Right. Before we walked, I mean before we drove over we looked at this, there was a big long chain of stores just before we got on the loop to the border.
SAS: (Inaudible).
YN: I don't even know the name of the store. It's by the 99 cent store. The stuff that's in the car. And I got some stuff for my grand kids. And, uh, it's just some little trinkets (Inaudible). What we were actually going to do is try to get some eyelashes put on at this little shop there. But it was already closed.
SAS: Okay. You said you guys went from El Centro to Calexico to go shopping and then went across the border, right?
YN: Right. At (Inaudible).
SAS: Okay. And you guys left her house, her residence. Did you leave the residence in El Cerrito or in Downey, rather, or in El Centro?
YN: In El Centro.
SAS: In El Centro?
YN: Yeah.
SAS: How did you get from the residence in El Centro to Calexico?
YN: We drove there in the white Navigator.
SAS: The white Navigator.
YN: I think that's what it is; a Lincoln
SAS: Yeah. So, you drove…you drove or she drove…she drove the Navigator from El Centro to Calexico. You guys shopped and then you drove that same car across the border? Did anybody else drive that car other than you? The two of…either of you?
YN: She's the only one who drove it. I didn't drive at all.
SAH: Didn't you say earlier that you walked across?
YN: No. We went to the long strip of stores right there.
SAS: She asked that question to lead to something else. Okay? Right now you're being charged with the importation of narcotics in to the United States. The reason why I explain this is because another section of the law, Title 18, for the United States code 1001. Right? Which states, it is a felony to lie to a federal officer while giving testimony.
YN: Okay.
SAS: Now the reason why I bring that up is if you don't lie, obviously, I can't charge you with it. Correct?
YN: Was I lying?
SAS: We were talking about lying. If you don't lie, I can't charge you for making false statements if you tell me the truth the entire time.
YN: Okay.
SAS: And the reason why I say it is because we know a lot more than what we've asked you. Now. I'm going to reiterate the question that she asked. And you might want to think about the answer.
YN: Okay.
SAS: How was it that you got from the U.S. side of the border to the Mexican side of the border?
YN: We drove.
SAS: You drove?

YN:   We drove. I didn't drive, I rode in the car.
SAS:  In which car?
YN:   The white car.
SAS:  In the white car?
YN:   Uh, huh.
SAS:  And you got into that car where?
YN:   In El Centro.
SAS:  Where in El Centro?
YN:   Right on a slab in front of her house. She has a parking space right there in front of the apartment.
SAS:  Can I get you anything?
YN:   No, it's okay. A glass of water. Thank you. When I drink I get really thirsty, especially when my sugar is high.
SAS:  You okay?
YN:   Yeah, but I'm scared and….
SAS:  I understand, it's not a normal situation.
YN:   I didn't do anything. I don't know anything, you know.
SAS:  It's not a normal situation.
YN:   I'm just scared.
SAS:  The only thing…sincerely, I can't give you advice because I represent the government.
YN:   This is federal, huh? Oh, that tastes great, thanks. It's cold. Hi Pluto.
SAS:  Yes, that's why… I mean I can't give you advice, like I said, because I represent the government. I can't tell you this is what I would do because I'm not you, but what I can tell you is like I told you before. Later on down the road, if we find out you were lying, because the truth can turn you around.
YN:   Well I understand and I'm pleading myself.
SAS:  Do you know if Patricia owns any other cars?
YN:   Yes, she does.
SAS:  What kind of other cars does she have?
YN:   An Acura.
SAS:  An Acura?
YN:   And she also has a Pinto. And she's buying a Honda from your daughter. A little Honda. I don't think she owns it yet.
SAS:  When was the last time….have you ever ridden in the Acura?
YN:   Yes.
SAS:  When was the last time?
YN:   Uh, the last time I saw her with (Inaudible). It's in the shop now.
SAS:  How do you know it's in the shop?
YN:   Because she told me it was slipping out of gear, and, um, she had been in the shop to have that fixed and then it wasn't fixed right and she was calling her mechanic about it. He had her take it back last February.
SAS:  And how long ago was that?
Pluto: Um, a couple of weeks maybe. A week, I don't know.
YN:   It's an automatic you know? And it's slipping out of gear and she was just worried about it.

U.S./CHAIDEZ
MATTER NO. 16851

9

SAS: Have you ever entered the United States in this vehicle before?
YN: Have I ever entered the United States in this vehicle before?
SAS: Have you ever come from Mexico into the United States besides inside of the white Navigator?
YN: Uh, no. I can't remember. I don't go. . . .we don't go over the border that much, you know. She just like moved here. I've only known her a couple of months and she just moved here. I've known her less than six months and I've only been out here maybe three or four times maybe.
SAS: In that time you've entered the United States six times at least.
YN: I've entered the United States six times?
SAS: Yes. At least.
YN: I went down and got eyelashes done.
SAS: I'm looking at it.
YN: Okay. Allright. You know, I can't remember that many times.
SAS: And I've noticed that some of the times that you've come down…you actually came back in that same white car.
YN: Some of the times I came down to Mexico and I came back?
SAS: In the same white car. Cause I was looking at that information too. So, you can't say that you've never crossed the border before in that car.
YN: I didn't say I didn't cross the border in that car.
SAS: I asked you, have you ever entered the United States from Mexico in the white Navigator before? You said no.
YN: No, no. I don't mean no. I don't know. I don't really think about how many times I've been across the border in the last what? Year?
SAS: I…if you want, yeah.
YN: I can't remember. I don't know. Yeah, well, if you tell me six times, maybe that's right. Maybe that's right.
SAH: We know every time you came to visit Patricia, you guys went to Mexico?
YN: Pretty much, yeah, pretty much because we go shopping.
SAS: You go shopping? Where do you go shopping?
YN: Well, we've been shopping, like I said, in that big long strip of stores by the U.S. side. Am I on the U.S. side right now?
SAS: Yeah.
YN: Okay, on the U.S. side of the border and then sometimes we go to the Mall there. The Plaza…
SAS: The new one that opened or the one in Mexico?
YN: The one that's got (Inaudible)?
SAS: That's in Mexico.
YN: Okay. That one. That mall. (Inaudible).
SAS: Okay. Now. You asked if it was a significant amount?
YN: Of?
SAS: Of drugs in the car.
YN: Okay. What kind of drugs was it?
SAS: Cocaine.
YN: Cocaine.

SAS: Now, it was a significant amount. Like I said, rather than run yourself around in circles here. I've been right here with you now. You see I've been writing it down. And this is what I'm going to present as your story to the United States Attorney.
YN: Okay.
SAS: Now outside of this, am I going to tell Patricia what you said?
YN: Why?
SAS: Why? Because in my belief....I believe as soon as Patricia is sitting in that same chair where you are she's going to say that you knew something about it.
YN: That I what?
SAS: She's going to say that you knew something about it.
YN: That I knew something about it? Oh, no she won't because I don't. I'm not...
SAS: Again, I'm not asking you, I'm telling you this is what I believe is going to happen.
YN: Okay. Well, you can believe that because it's not going to happen because I don't know anything about it. I don't know anything about it.
SAS: Has she ever given you money?
YN: Not a lot of money or nothing like that. She usually buys the lunch.
SAS: Okay. Has she ever given you money for going to Mexico with her?
YN: No.
SAS: Has she ever given you money for coming back?
YN: No.
SAS: Has she ever paid you for driving in any of her vehicles?
YN: She's paid me for driving for her.
SAS: Driving her where?
YN: Not across the border, but from her house to home if she can't you know, from her house to (Inaudible). You know, she'd say, come on in I'll give you a couple hundred bucks for driving. Lots of times she can't drive because her arms and legs are messed up. Her legs are messed up especially. It's a long drive. She would help me drive.
SAS: Which car did you drive?
YN: I've driven both cars.
SAS: The Navigator and the Acura?
YN: Uh, huh. You know she'd pick me up at the bus station, you know, because sometimes I'd catch the bus from Indio. Nothing seemed odd to me about it. So, how much trouble am I in? How much trouble can I be in?
SAS: That part goes beyond me, alright. Like I said, I'm the fact finder.
YN: I understand that. But, tell me this, how much trouble can I be in? What could be the worst case scenario?
SAS: I couldn't tell you the worst case scenario. If someone asked me at one point, what's the best case scenario? The best case scenario, I suppose, would be that you never go to jail at all, right?
YN: Right. Yeah, but. . . .
SAS: But...I can't realistically tell you that.
YN: They put me in a little room and they don't...
SAS: That was a holding cell. That's all it was.

YN: Oh, that's right and so they haven't taken my fingerprints or nothing like that and they have to do all that stuff. And so, alright.
SAH: We need you to understand that it is a federal charge. Right?
YN: I don't understand what...I understand it's federal, but I don't know...is this a felony?
SAH: It's a felony.
YN: Don't you have to know that you're committing a felony when you're committing a felony?
SAS: That's what we're establishing in all of this (Inaudible). That's why we're talking.
SAH: Don't you think that? What he was telling you earlier...we're giving you an opportunity to give us your side of the story.
YN: Right.
SAH: For you to tell us what happened. As you know, when you come across from Mexico into the U.S. The Port of Entry is equipped with cameras. We know when you walk out as when you come in. That's what he was telling you earlier. You know, we have records that you have come into the States in that vehicle about six times. And you were saying, oh, it was just a few times. Okay, you can tell me exactly how many times...the dates, the time, and everything else.
YN: Okay.
SAH: Everything. We have records of the camera of the people walking out to Mexico.
YN: What do you mean walking out to Mexico?
SAS: When you walk down through the tunnel.
SAH: You can either drive in your car into Mexico, or you can walk to Mexico. Or you can come into the states walking or driving. But, the cameras are always there. The cameras are not going to lie.
YN: I've walked there...I've walked up the stairs into the...
SAH: Into the tunnel.
YN: Yeah, I've walked that before.
SAH: How many times?
YN: A few times. I, I...
SAH: So did you walk today?
YN: No.
SAH: Are you thinking about it?
YN: Yeah, I'm thinking about it.
SAH: Why?
YN: Cause I'm a little confused. I'm confused. I'm a little confused.
SAH: Why are you confused?
YN: Because my blood sugars are all out of whack and I get really confused...a lot of times.
SAH: We have your medication if you need it.
YN: You have it? I didn't know I had it with me. Yeah, I do need to take it.
SAS: Shouldn't you test your sugars first?
YN: Here I'll do that. I have a tester in my purse.
SAH: (Inaudible).

YN: I feel like I'm in a dream, you know what I mean? I'm just telling you the truth, I feel like I'm in a dream.
SAS: I always tell people if there's a plan A, you have to have a plan B. One strip?
YN: No two strips. 363 is how high my blood sugar is.
SAS: Do we need to call the paramedics?
YN: I don't want to deal with them.
SAS: Do you know where your medicine is? It might be in there.
YN: It might be in my purse.
SAH: Did you have another bag like (Inaudible) of personal items with you in the car? Oh, that was the other thing.
SAS: Are they pills or are they syringes?
YN: They're pills but sometimes when my sugar gets really high like that, I can get (Inaudible).
SAH: Do you carry your pills with you all the time?
YN: Usually. Usually.
SAH: Did you have any today or yesterday when you went into Mexico?
YN: No, no. She told me don't bring them with me.
SAH: So, you don't have medication with you?
YN: No. She says that sometimes, you know, sometimes there's a problem.
SAH: Do you think you need medical attention right now?
YN: Uh, if I drink some water. I'm gonna have a cough drop. If you have a cough drop.
SAH: Do you want me to get you a coke or something?
YN: No, I'm fine, just some more water.
SAH: You want some water?
YN: Yeah, that usually brings it down. No, I really don't...
SAS: You don't want to call the paramedics while you're here?
YN: (Inaudible). Cause that gets me confused, so...I just want to tell you that I didn't do it. All of the other specifics, I don't know. You know, I can't tell you really. The first thing that happens to me when my sugar gets high is that I get really confused. Really. And so, it sounds like a story, but it's not. What day of the week is today? What day is it today?
SAH: Well, today is Monday already.
YN: I think that's what I did today....I slept most of the day. I haven't been feeling good. I've had a cough and a cold. And I can't think what I did the day before.
SAS: We're going to keep your stuff right here. You can go ahead and have a seat back over there for right now. We're going to talk to Patricia. The time is now 02:04, 2:00 in the morning.
SAH: Yolanda, you said that this is your phone, right?
YN: I have another phone though.
SAH: These two are your phones also?
YN: No. That one is mine.
SAH: This one?
YN: Uh, huh.
SAH: And the other one is Patricia's? And, we can (Inaudible) phones, right?
YN: Yeah.

U.S./CHAIDEZ
MATTER NO. 16851
13

SAH: I just wanted to make sure.
SAS: Have her blood sugar checked and make sure she's okay. The time is now 02:06.

LCR/dlm