1  Lupe C. Rodriguez, Jr., Esq. (SBN 175449)
   GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP
2  3555 Fifth Avenue
   San Diego, CA 92103
3  Phone: (619) 692-0800
   Fax:   (619) 692-0822
4

5  Attorneys for Defendant
   PATRICIA MARIE CHAIDEZ
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 (HON. JEFFREY T. MILLER)

11  UNITED STATES OF AMERICA,         )   CRIMINAL CASE NO. 07-CR-3278-JM
                                      )
12              Plaintiff,            )   **EXHIBIT "B" TO SUPPLEMENTAL**
                                      )   **BRIEF RE MOTION TO SUPPRESS**
13  v.                                )   **EVIDENCE**
                                      )
14  PATRICIA MARIE CHAIDEZ,           )
                                      )
15              Defendant.            )
                                      )
16  ─────────────────────────────────

17

18  ///

19
    ///
20

21  ///

22
    ///
23

24  ///

25  ///

26
    //
27

28  ////

1

**EXHIBIT "B" TO SUPPLEMENTAL BRIEF RE MOTION TO SUPPRESS EVIDENCE**

U.S/CHAIDEZ
MATTER NO. 16851

# CONTINUATION OF INTERVIEW WITH YOLANDA NEWLAND ON NOVEMBER 19, 2007 AT 4:20 A.M.

SAS: Today is November the 19th and the time is approximately 4:20. This is Special Agent Sainz. Myself and Special Agent Herzog are going to retrieve Mrs. Newland from the cell to finish processing while we were going to count the amount of money she had her on her person and take her fingerprints to have her booked into ICG. Mrs. Newland stated, asked, if we were going to have anymore discussion with her. We stated no. She stated she wished to make a statement and correct false statements that she had made on her earlier testimony. Right now we're going to go get Ms. Newland and bring her in so she can correct her statement.

YN: You understand when I was in here last time I was just really thinking I was going to go out. Dude, I was (Inaudible) and stuff.

SAH: How do you feel now?

YN: I feel fine right now. I feel fine. Do I look any better than I did the last time I was sitting in this chair?

SAS: Well, you're not dieing...

YN: No, I know that. So, um, three things that I said were not...I didn't mean to lie about it, but I just wasn't....the first thing you asked me if she gave me money or if she paid me or something like that?

SAS: I asked at one point if she paid you any money.

YN: Right. Yeah. She pays...yeah, in fact, I kinda like worked for her for a while. You know? I mean she...her....

SAS: You worked for her doing what?

YN: Helping her. Helping her.

SAS: Helping her how?

YN: Helping her by driving her here from Downey; driving, meaning her driver. And, also, I give her her shots. You know she's a diabetic too and I give her shots. Kind of like a companion. You know what I mean?

SAS: Uh, huh.

YN: That's when I was introduced to her from a mutual friend of ours, and, um, that's when I was introduced to her that was the purpose I was introduced to her because she was barely....her sugars were really bad. And, just kind of like, you know, taking care of her. I do give home health care to an elderly man, also. I stay in his house, right? And I take care of him. And, I didn't get paid a certain amount of money or anything, but, she always treated me well. Every time I came to be with her for a day or two I'd make a couple hundred dollars.

SAS: Did she ever pay you for bringing any cars across the border?

YN: No. You know, while I'm sitting and thinking about it, we have done some kind of.....because now looking back at it, there were some questionable things maybe, you know? Like today. Today was a questionable thing. Because we didn't...we walked across the border.

SAS: How did you get from El Centro to Calexico?

YN: We brought, we...I was thinking about that. We took the Acura from there and, um, we just got it and we put it at the...at the overnight parking. The reason I

|     |     |
| --- | --- |
|     | came over with her today was so that I could drive the Acura home, and, um, because it needs to go into the shop because it's slipping. The clutch is slipping or something like that. That…she said that it had happened 7 or 8 times when she went to VONS or something like that. She was concerned about the car. There was two things I said (Inaudible). There was something else (Inaudible) I fell asleep I was holding my head up. |
| SAS: | Okay, so she has paid you before but to take care of her. |
| YN: | Yeah. Yeah. And run errands for her. |
| SAS: | And that is you drove an Acura from the Court House Centrum down to Calexico and then you walked across the border? |
| YN: | Right. Because….right. And let me tell you something (Inaudible). Okay, so then, so we walked across the border and, um, and then we went shopping for a while and then walked across the border and so she knows somebody over on the other side. I don't know. |
| SAS: | And this somebody, is it a guy or is it a girl? |
| YN: | It's a guy, I think a guy. I don't know, you know I really don't understand because they always speak Spanish so I don't know. |
| Male: | Don't you speak Spanish? Does she try to speak Spanish? |
| SAH: | Do you understand a little bit? |
| YN: | No, I don't understand Spanish at all. |
| SAH: | Not at all. |
| YN: | I can't understand if you were speaking Spanish what kind of conversation you were….when I saw it on TV I tried to see if I could. |
| SAS: | How many times has she met with this particular person, this guy? |
| YN: | All I know is I never saw him. |
| SAS: | You've never seen him, or…? |
| YN: | No. No, I haven't seen him. But I know she talks to him sometimes. She talks to him, but I don't know what they're talking about. I have no idea what they're talking about. I thought maybe it was an uncle or something like that of hers, or, I don't know maybe a relative or something. Because she said she left her car. She said, she told me she lent her car to her uncle, or something. He brought it back. |
| SAH: | If you have never seen this person why're you saying it's a he? |
| YN: | Because I've heard them talk on the phone. She has a, kinda one of those walkie talkies. |
| SAS: | Walkie talkie (Inaudible) |
| SAH: | So you heard his voice. |
| YN: | Yeah, but I don't understand a word he says. Not a word he says. He speaks really fast; he mumbles kinda. I was thinking that she was…today, I didn't say anything about him using her car because I was trying to protect me. That's the lie I told. It's not really a lie, I just didn't say anything. Did she tell you that I knew about what was going on? Marie told me that you had said she… |
| SAS: | I can't tell you what she said. I mean just the same thing as I can't tell her what you said. |
| YN: | All right. (Inaudible) because if she told you I knew what was going on, she was lying. Because that's not true. I didn't know anything. Because she told me…as |

SAH:   soon as I sat her in that chair she was going to tell me this, that I knew what was happening. And I was just just wondering if she said that.

SAH:   Who was it that introduced you to her? You said it was a mutual friend. Who is that friend?

YN:   Yeah. His name is David. His name is David Jones.

SAS:   David Jones?

YN:   (Laughs) Sounds like a story too. Yeah, he's a mutual friend. He's a friend of my boyfriend's for a lot of years. A lot of years. I think she was getting…she was pretty sick at one time, maybe a couple three months ago and he said she needed, uh, some help.

SAS:   Do you know if she uses drugs or not?

YN:   No, not around me.

SAS:   You don't know, or you've never seen her? You know what I mean by that?

YN:   No.

SAS:   It's…I can say, I don't know whether she drinks or not, but, I can be around her and I could smell alcohol, and, I don't know if she drinks or not, but she sure smells like alcohol. She's acting as if she were drunk.

YN:   No, uh-uh. I don't know about that. She seems normal.

SAS:   And, crossing the border today and you guys were supposed to go where; you're supposed to get across and then you were supposed to pick up…

YN:   Drive her car home.

SAS:   Her Acura back.

YN:   And then I was going to see if I could make the bus home. I was taking the bus home.

SAH:   Does she have these two vehicles?

YN:   One is….

SAH:   Both of them are her cars, right? The Acura and the Lincoln?

YN:   Right, uh-huh.

SAH:   She has never let you take one of the vehicles back home with you so you don't have to ride the bus?

YN:   No.

SAH:   That's a long ride, isn't it?

YN:   No. It's better to ride the bus. It really is. But, um, I have a suspended driver's license right now, so I don't plan to use it.

SAH:   So, how…how have you been helping her driving her around? I mean, if you have a suspended driver's license, then you say that one of your jobs was driving her around.

YN:   Yeah. That's how I found out I had a suspended license.

SAH:   So, you found out?

YN:   Yeah. I got a ticket for having a suspended license.

SAH:   When did you get the ticket?

YN:   I got it on a Sunday about…I don't know, a month or so ago. But, see, I'll tell you…here's the story. I was driving anyway with her, you know, on a suspended license and just trying to be very careful about it, but my boyfriend just got our truck impounded because he was driving on a suspended license and the whole

U.S/CHAIDEZ
MATTER NO. 16851

      reality of driving on a suspended license and having your car impounded was real. And then I didn't drive anymore. That's the truth.

SAH: All right.

YN: (Jokes) What has been happenin?

SAS: (Laughs). I need to know. Do you have any money on your person right now?

SAH: No, that was (Inaudible).

YN: I have $15.00.

SAS: Okay. You have three fives?

YN: Yes.

SAS: No other money?

YN: I didn't even know I had this. I found it in my purse yesterday...I smoke, so I don't get to smoke no more here on out. That's enough...(Inaudible).

SAS: Okay. You can go ahead and take a seat over there. I need you to sign right here stating that what you had with you was $15.00.

YN: Okay.

SAS: Anything else? Any rings, any toe rings, anything like that?

YN: They took all that...

SAS: In your purse.

YN: So, I'm gonna go to jail? Go to jail?

SAS: Yeah, jail.

YN: Oh, my God! Tell me this, how much trouble am I in? I didn't know anything about it.

SAS: I can't tell you how much you're in or how much you're not in...

YN: Well, what's the charge?

SAS: The charge is the importation of a controlled substance into the United States.

YN: I understand what the exact charge is.

SAS: Because it was the same exact thing that was in there. Now, later on down the road what they do take into account is who played what role in this situation.

YN: Yeah.

SAS: Well, that's what we...my understanding is that's where the difference kicks in ....is who played what role.

YN: I need to get a lawyer, huh?

SAS: Well, like I said when I read you your rights, if you can't afford a lawyer...

YN: I think I'm going to throw up.

SAH: Do you know of anybody that has been arrested before for bringing drugs into the states?

YN: No.

SAH: No?

YN: No.

SAS: Have you ever been arrested for any drug violations?

YN: Well, possession of methamphetamine.

SAS: How long ago was that?

YN: A long time ago. Uh, well, not that long ago, I guess. Um, but I did that prop 36 and completed that and I have continued to be clean.

SAS: How long ago was this?

YN: Um, 1998.

4

5

SAH: That's long ago.
YN: Yeah. I don't know. The memory is the first thing that's shot.
SAH: Do you remember when you guys walked across into Mexico? Where did you guys go to pick up the car?
YN: We went to, um, across from the Mall there at the Carl's Jr. But I was in the Carl's Jr. getting two smoothies, banana strawberry smoothies, and when I came out the car was there.
SAS: The Carl's Jr. next to the Mall in Mexico?
YN: Across from Carl Jr.'s.
SAS: Okay.
SAH: Were you surprised to see the car there?
YN: No, huh uh.
SAH: You didn't ask her anything?
YN: Uh uh.
SAS: (Inaudible).
YN: She had said that she lent her uncle…or she lent her car to somebody. That's why it wasn't there when we got to the house, and that she needed to go get it back. And we'd take her car and drive it back. I said, alright. I got up to do it. It wasn't like, you know, I mean.. I just thought I'd (Inaudible). I wasn't feeling good yesterday. I kept having a cold and a cough and I slept until 2:30.
SAH: Did you guys, um, when you were coming from (Inaudible) did you guys stop at the bank to get some money?
YN: No.
SAH: No?
YN: No, uh-uh. Uh, no. I think she went to the bank…when I said she was running some errands, I think she said she was going to go to the bank. She went to the bank.
SAS: Okay.
SAH: But you're not sure, right?
YN: I'm not sure. I wasn't with her. She left for….all day, in the morning.
SAS: What kind of business does she do here?
YN: Some…(yawns) property rentals…property real estate company. You know, something like that. What do you call that? Property managing.
SAS: Property manager?
YN: Yeah. Cause she has, uh, had an office in Downey somewhere.
SAS: Do you know what locations she is managing? Or, is she managing any locations here? In the Valley?
YN: I don't know. No. No, I don't know.
SAH: Did she tell you why she moved down here?
YN: No, she didn't.
SAH: She didn't? Does she have family here?
YN: Uh, well, I don't know for sure. I really don't know that for sure.
SAH: How about when you have gone to her apartment, have you ever seen any friends or family members or anybody there who comes to visit her?
YN: No.
SAH: No?

YN: No, uh-uh.
SAS: 862 Adams is right next to Roberto's Taco Stand.
YN: There's a taco stand right across the…right two doors down. Right.
SAS: Kinda like a little…I guess, what? Two story apartment complexes? (Inaudible).
YN: It's only one story. There's two stories on that side and there's some two stories on that side.
SAS: Oh, okay, but she lives in a one story?
YN: Yeah, uh-huh. And I don't…she gets…her landlady, you know, only speaks Spanish, and the other tenant only speaks Spanish, so, I don't ever know what they're talking about. I should be embarrassed to tell you that.
SAS: Do you know which apartment the manager lives in?
YN: Yeah, the one in front. The front apartment. That's her apartment. And then there's a middle apartment, and the manager's apartment, and then there's a back house. I don't know some lady who had two dogs who would bark all the time right there. And then over here lives this guy…a single dude, who, um, a single dude…it's kind of a weird kind of guy. He works at, uh, a taco stand but he's up all the time. He's a weird kind of guy. It's just that he's like a tweaker dude, kinda. If you know what that means.
SAS: Yeah.
YN: It's just…I mean, he's always loafing and he always brings different broads over there. He drives a van that's uh, that's really colored, uh, multi-colored. From one of those taco places right around there, he works at. But, the van is…I don't know why he has a van when he just works right there at the taco shop. I'm just…when I'm thinking about it right now.
SAS: Anything else?
YN: No.
SAS: Okay. My partner here is going to take your fingerprints. (Inaudible).
YN: Oh, my gosh.
SAS: Just ignore it.
SAH: Am I just fingerprinting her? (Inaudible).
YN: Do you think I'll be able to be home for Thanksgiving?
SAS: You know, I don't know how fast the process is. Like I said, I mean, I totally would be the responsible part of it is getting these reports in.
YN: All right. You guys are going to try to do that promptly?
SAS: As quick as possible, believe me.
YN: I'm gonna try not to let my daughters find out what happened. I'm gonna try my best because I'm totally embarrassed about it. And, I can make a phone call when I get over there?
SAS: Yeah.
YN: Once I get over there?
SAS: Well, I'm not sure if your phone is dead or not.
YN: Well, you don't think I could use the phone from the…(Inaudible)?
SAS: No.
YN: Okay. I need a phone number out there.
SAS: Okay.
YN: From where's this at? The Motel 6 in Rolling Heights right now.

U.S/CHAIDEZ  
MATTER NO. 16851

7

- SAH: Do you want to step off here please. Are your hands clammy?
- YN: They're going to dry.
- SAH: Just relax your fingers a little bit. Just relax them. You've been fingerprinted before, right? Just relax your hand and let me do the work. Are these your own nails, or…?
- YN: No. I guess they are mine, but they're fake. Well, I guess the point is if she came in and said I didn't know anything about it, then I would be able to go home, right?
- SAS: Inaudible.
- SAH: Relax your hand. If you want, just go ahead and look at the wall, that way you won't have to…it'll make it that much easier.
- YN: Inaudible. That sounds like a really serious charge. A lot of money for bail. How much Coke was there in the car?
- SAS: 105 pounds.
- YN: Of Cocaine? You're kidding me!! Oh, my God!!!
- SAH: Hold on. (Inaudible). You okay? Could you…with your right hand. Put your right hand on the counter. Have a seat again.
- YN: I was thinking maybe they found Cocaine in her purse or something like that. But, then it was in the gas tank and I was thinking about that and I don't know what was going on.
- SAS: You ask me what's a lot and what's a little, you know. Compared to 1,000 pounds (Inaudible).
- SAH: Ready?
- YN: I didn't know. I didn't know.
- SAS: Time is now 04:45.

LCR/dlm