```
 1  Lupe C. Rodriguez, Jr., Esq. (SBN 175449)
    GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP
 2  3555 Fifth Avenue
    San Diego, CA 92103
 3  Phone: (619) 692-0800
    Fax:   (619) 692-0822
 4

 5  Attorneys for Defendant
    PATRICIA MARIE CHAIDEZ
 6

 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JEFFREY T. MILLER)

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-CR-3278-JM |
|---|---|---|
| Plaintiff, | ) | **EXHIBIT "C" TO SUPPLEMENTAL BRIEF RE MOTION TO SUPPRESS EVIDENCE** |
| v. | ) | |
| PATRICIA MARIE CHAIDEZ, | ) | |
| Defendant. | ) | **(DVD DISK DELIVERED TO JUDGE MILLER)** |

///

///

///

///

///

///

//

1

**EXHIBIT "C" TO SUPPLEMENTAL BRIEF RE MOTION TO SUPPRESS EVIDENCE**