| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)**<br>United States of America vs. Patricia Marie Chaidez | |
| **ATTORNEY(S) NAME AND ADDRESS**   **TELEPHONE**<br>Lupe C. Rodriguez, Jr., Esq.              (619) 692-0800<br>GRACE HOLLIS LOWE HANSON & SCHAEFFER LLP<br>3555 Fifth Avenue<br>San Diego, CA 92103 | |
| **ATTORNEY(S) FOR:**<br>PATRICIA MARIE CHAIDEZ | **CASE NUMBER**<br>07CR3278-JM |

## DECLARATION OF ELECTRONIC SERVICE

I, Dora Diaz, the undersigned, declare: that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of Riverside, California, within which county the subject service occurred. My business address is 43426 Business Park Drive, Temecula, CA 92590. I caused to be served the following documents via electronic service:

**SUPPLEMENTAL BRIEF RE MOTION TO SUPPRESS EVIDENCE WITH EXHIBITS**

of which the document was sent to each addressee via electronic service respectively as follows:

Andrew G. Schopler- andrew.schopler@usdoj.gov   (AUS Attorney)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 29, 2008,** at Temecula, California.

_____
Dora Diaz